IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MR. MEAT & GOODS CORP.**, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 2:22-cv-04159 |
| | ) | |
| v. | ) | Judge Sarah D. Morrison |
| | ) | |
| **PSSI STADIUM LLC**, | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| *Defendant*. | ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Now comes Plaintiff, Mr. Meat & Goods Corp., through undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby dismisses its claims, without prejudice, against Defendant, PSSI Stadium LLC, raised by it in its *Complaint*. No answer or motion for summary judgment has been served by Defendant. Accordingly, Plaintiff's claims against Defendant are therefore dismissed upon filing of this Notice in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i). Each party shall bear its own costs. Plaintiff intends to refile the instant case in the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

  /s/ Istvan Gajary
GREGORY S. PETERSON (0061915)
ISTVAN GAJARY (0089084)
PETERSON CONNERS LLP
545 Metro Place South, Suite 435
Dublin, Ohio 43017
(614) 365-7000
(614) 220-0197 (Facsimile)
gpeterson@petersonconners.com
igajary@petersonconners.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

 I hereby certify that on January 5, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

                 /s/ Istvan Gajary
                 ISTVAN GAJARY (0089084)